**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**EDEL GREGORIO MIRANDA HINOJOSA**,

*Petitioner*,

v. Case No. 2:26-cv-03137-BCL-atc

**CHRISTOPHER BULLOCK, et al.**,

*Respondents*.

---

**ORDER DIRECTING SERVICE AND RESPONSE**

---

Petitioner is a noncitizen currently detained in Mason, Tennessee. Doc. 1 at 3. On September 2, 2026, Petitioner filed for a writ of habeas corpus under 28 U.S.C. § 2241, seeking immediate release. *Id* at 14.

The Clerk of Court **SHALL** send a copy of this Petition to counsel for the Respondent at stuart.canale@usdoj.gov and file a Notice stating when that is done. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Respondent notice and an opportunity to be heard given the potentially expedited nature of these proceedings. Respondent is **ORDERED** to file a response within **three (3)** days of service. Petitioner may file a reply within **three (3)** days of service of the response.

**IT IS SO ORDERED**, this 2nd day of September, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE